IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MARY L. ROSS                                                                                    PLAINTIFF

vs.                                    Civil No. 4:08-cv-04057

MICHAEL J. ASTRUE                                                                         DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 21st day of October 2008, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE